AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: M-23-37 -STE | Date and time warrant executed: 1-27-2023 14 10 | Copy of warrant and inventory left with: Raymond Anthony Mwsatto 405-642-5183 |
| Inventory made in the presence of: David Moore | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Two A+D Books

One Folder of 4473s

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: F27-2023

_Executing officer's signature_

David Moore
_Printed name and title_